UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOSE AMEZCUA-MERAZ (3), )<br>)<br>Defendant. )<br>_____ ) | Case No. 97CR1351-BTM<br><br>JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT AND RECALL ARREST WARRANTS |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above captioned case against Jose Amezcua-Meraz be dismissed without prejudice, and the Arrest Warrant be recalled.

IT IS SO ORDERED.

Dated: January 4, 2017

Barry Ted Moskowitz, Chief Judge
United States District Court