UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 97CR1351-BTM |
|---|---|---|
| Plaintiff, | ) ) | JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT AND RECALL ARREST WARRANTS |
| v. | ) ) | |
| JOSE AMEZCUA-MERAZ (3), | ) ) | |
| Defendant. | ) ) ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above captioned case against Jose Amezcua-Meraz be dismissed without prejudice, and the Arrest Warrant be recalled.

IT IS SO ORDERED.

Dated: January 4, 2017

Barry Ted Moskowitz, Chief Judge
United States District Court